UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESUS RODRIGUEZ RODRIGUEZ,<br><br>  Plaintiff<br><br>v.<br><br>DR. DURAN, et al.,<br><br>  Defendants | Case No.: 2:22-cv-01232-APG-VCF<br><br>**Order** |

On November 1, 2023, plaintiff Jesus Rodriguez was advised by the court that his claims against defendants Armida, Duran, Michell, and Obarr would be dismissed without prejudice unless by December 1, 2023, Rodriguez either filed proper proof of service or showed good cause why such service was not timely made. Rodriguez has failed to do so.

I THEREFORE ORDER that plaintiff Jesus Rodriguez's claims against defendants Armida, Duran, Michell, and Obarr are DISMISSED without prejudice.

DATED this 5th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE