# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JESUS RODRIGUEZ RODRIGUEZ,

    Plaintiff

v.

DR. DURAN, et al.,

    Defendants

Case No.: 2:22-cv-01232-APG-VCF

**Order**

Plaintiff Jesus Rodriguez has filed a request for clarification of the status of this case. ECF No. 16.  On December 5, 2023, I dismissed this case because Rodriguez failed to have the summons and complaint served upon the defendants. ECF No. 15.  Specifically, Rodriguez failed to provide to the United States Marshal the completed USM-285 forms containing the information needed to serve process on the defendants, as required in my prior order. *See* ECF Nos. 11 at 7 (ordering the clerk to send Rodriguez for copies of the USM-285 form); *see also* ECF No. 13 (dismissing case for failure to prove service of process).  Thus, this case has been dismissed.  That dismissal was without prejudice to Rodriguez filing a new lawsuit asserting his claims, provided the applicable statute of limitations has not expired.  Thus, Rodriguez may be able to file a new complaint in a new case if he wishes to pursue these claims.  But those claims cannot be filed in this case because it is now closed.

DATED this 21st day of May, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE